# Exhibit 1

**Registration #:**  VAu001489170
**Service Request #:**  1-12118159467

## Mail Certificate

LOZA & LOZA, LLP
Francesca M. Witzburg
305 N. Second Ave., #127
Upland, CA 91786 United States

**Priority:**  Special Handling       **Application Date:**  January 11, 2023

## Correspondent

**Organization Name:**  LOZA & LOZA, LLP
**Name:**  Francesca M. Witzburg
**Email:**  francesca-pto@lozaip.com
**Telephone:**  (646)832-3183
**Fax:**  (646)832-3183
**Address:**  305 N. Second Ave., #127
Upland, CA 91786 United States

**Registration Number**

# VAu 1-489-170

**Effective Date of Registration:**
January 11, 2023
**Registration Decision Date:**
January 19, 2023

## Title

| | |
|---|---|
| **Title of Work:** | Lifevac Device Color Artwork |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |

## Author

| | |
|---|---|
| • **Author:** | Life Vac LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Life Vac LLC |
| | 110 Lake Avenue South, Suite 35, Nesconset, NY, 11767, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | LOZA & LOZA, LLP |
| **Name:** | Francesca M. Witzburg |
| **Email:** | francesca-pto@lozaip.com |
| **Telephone:** | (646)832-3183 |
| **Address:** | 305 N. Second Ave., #127 |
| | Upland, CA 91786 United States |

## Certification

| | |
|---|---|
| **Name:** | Francesca M. Witzburg |
| **Date:** | January 11, 2023 |

**Applicant's Tracking Number**:   LIFEVAC-304

**Correspondence:**   Yes

# Lifevac Device Color Artwork



**Registration #:**    VAu001489169
**Service Request #:**    1-12118159780

## Mail Certificate

LOZA & LOZA, LLP
Francesca M. Witzburg
305 N. Second Ave., #127
Upland, CA 91786 United States

**Priority:**    Special Handling      **Application Date:**    January 11, 2023

## Correspondent

**Organization Name:**    LOZA & LOZA, LLP
**Name:**    Francesca M. Witzburg
**Email:**    francesca-pto@lozaip.com
**Telephone:**    (646)832-3183
**Fax:**    (646)832-3183
**Address:**    305 N. Second Ave., #127
Upland, CA 91786 United States

**Registration Number**

# VAu 1-489-169

**Effective Date of Registration:**
January 11, 2023
**Registration Decision Date:**
January 19, 2023

## Title _____

       **Title of Work:** Lifevac Device Photos

## Completion/Publication _____

       **Year of Completion:** 2015

## Author _____

-     **Author:** Life Vac LLC
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant _____

      **Copyright Claimant:** Life Vac LLC
      110 Lake Avenue South, Suite 35, Nesconset, NY, 11767, United States

## Rights and Permissions _____

      **Organization Name:** LOZA & LOZA, LLP
      **Name:** Francesca M. Witzburg
      **Email:** francesca-pto@lozaip.com
      **Telephone:** (646)832-3183
      **Address:** 305 N. Second Ave., #127
      Upland, CA 91786 United States

## Certification _____

      **Name:** Francesca M. Witzburg
      **Date:** January 11, 2023

**Applicant's Tracking Number**:  LIFEVAC-305

**Correspondence:**  Yes
**Copyright Office notes:**  Basis for Registration: Registration does not extend to any useful article
depicted. Registration extends to deposited photograph only. 17 USC 101, 102
(a), and 113.

# Lifevac Device Photos



**Registration #:** VA0002332974
**Service Request #:** 1-12117805441

## Mail Certificate

LOZA & LOZA, LLP
Francesca M. Witzburg
305 N. Second Ave., #127
Upland, CA 91786 United States

**Priority:** Special Handling      **Application Date:** January 11, 2023

## Correspondent

**Organization Name:** LOZA & LOZA, LLP
**Name:** Francesca M. Witzburg
**Email:** francesca-pto@lozaip.com
**Telephone:** (646)832-3183
**Fax:** (646)832-3183
**Address:** 305 N. Second Ave., #127
Upland, CA 91786 United States

**Registration Number**

# VA 2-332-974

**Effective Date of Registration:**
January 11, 2023
**Registration Decision Date:**
January 12, 2023

## Title _____

Title of Work: Easy As Place Push Pull Artwork

## Completion/Publication _____

Year of Completion: 2015
Date of 1st Publication: August 17, 2015
Nation of 1st Publication: United States

## Author _____

- **Author:** Life Vac LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant _____

Copyright Claimant: Life Vac LLC
110 Lake Avenue South, Suite 35, Nesconset, NY, 11767, United States

## Rights and Permissions _____

Organization Name: LOZA & LOZA, LLP
Name: Francesca M. Witzburg
Email: francesca-pto@lozaip.com
Telephone: (646)832-3183
Address: 305 N. Second Ave., #127
Upland, CA 91786 United States

## Certification _____

|  |  |
|---|---|
| **Name:** | Francesca M. Witzburg |
| **Date**: | January 11, 2023 |
| **Applicant's Tracking Number**: | LIFEVAC-302 |

---

**Copyright Office notes:** Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited artwork only. 17 USC 101, 102(a), and 113.

# Easy As Place Push Pull Artwork



**Registration #:** VA0002335352
**Service Request #:** 1-12117805468



LOZA & LOZA, LLP
Francesca M. Witzburg
305 N. Second Ave., #127
Upland, CA 91786 United States

RECEIVED FEB 1 5 2023

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-335-352

**Effective Date of Registration:**
January 11, 2023
**Registration Decision Date:**
February 08, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Lifevac Device Features Image |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | July 25, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Life Vac LLC |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Life Vac LLC |
| | 110 Lake Avenue South, Suite 35, Nesconset, NY, 11767, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | LOZA & LOZA, LLP |
| **Name:** | Francesca M. Witzburg |
| **Email:** | francesca-pto@lozaip.com |
| **Telephone:** | (646)832-3183 |
| **Address:** | 305 N. Second Ave., #127 |
| | Upland, CA 91786 United States |

## Certification

**Name:** Francesca M. Witzburg
**Date:** January 11, 2023
**Applicant's Tracking Number:** LIFEVAC-303

**Correspondence:** Yes

# LifeVac Device Features Image



**Registration #:** VA0002335339
**Service Request #:** 1-12123230871



LOZA & LOZA, LLP
Francesca M. Witzburg
305 N. Second Ave., #127
Upland, CA 91786 United States

RECEIVED FEB 15 2023

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-335-339

**Effective Date of Registration:**
January 12, 2023
**Registration Decision Date:**
February 08, 2023

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   December 01, 2015 to December 01, 2015

### Title _____

|  |  |
|---|---|
| **Title of Group:** | Lifevac device group photos |
| **Number of Photographs in Group:** | 6 |
| • **Individual Photographs:** | Lifevac device photo 2, Lifevac device photo 3, Lifevac device photo 4, Lifevac device photo 5, Lifevac device photo 6, Lifevac device photo 7 |
| **Published:** | December 2015 |

### Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2015 |
| **Earliest Publication Date in Group:** | December 01, 2015 |
| **Latest Publication Date in Group:** | December 01, 2015 |
| **Nation of First Publication:** | United States |

### Author _____

|  |  |
|---|---|
| • **Author:** | Life Vac LLC |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

### Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | Life Vac LLC |
|  | 110 Lake Avenue South, Suite 35, Nesconset, NY, 11767, United States |

### Rights and Permissions _____

|  |  |
|---|---|
| **Organization Name:** | LOZA & LOZA, LLP |
| **Name:** | Francesca M. Witzburg |
| **Email:** | francesca-pto@lozaip.com |
| **Telephone:** | (646)832-3183 |
| **Address:** | 305 N. Second Ave., #127 |
|  | Upland, CA 91786 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Francesca M. Witzburg |
| **Date:** | January 12, 2023 |
| **Applicant's Tracking Number:** | LIFEVAC-307 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# LifeVac device photo 2



Lifevac device photo 3



# Lifevac device photo 4



Lifevac device photo 5



# Lifevac device photo 6



Lifevac device photo 7



**Registration #:** VAu001495820
**Service Request #:** 1-12319385121



Witzburg Ventures LLC DBA Francesca Witzburg, Esq.
Francesca M. Witzburg
208 Lenox Ave, #211
Westfield, New Jersey 07090 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-495-820

**Effective Date of Registration:**
March 09, 2023
**Registration Decision Date:**
April 24, 2023

## Title

Title of Work: LifeVac Official Design

## Completion/Publication

Year of Completion: 2023

## Author

- Author: LIFE VAC LLC
  Author Created: 2-D artwork
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: LIFE VAC LLC
110 Lake Avenue South, Suite 35, Nesconset, New York, 11767, United States

## Rights and Permissions

Organization Name: Witzburg Ventures LLC DBA Francesca Witzburg, Esq.
Name: Francesca M. Witzburg
Email: francesca@witzburg.com
Telephone: (917)397-1384
Address: One Rockefeller Plaza, 11th Floor
New York, New York 10020 United States

## Certification

Name: Francesca M. Witzburg
Date: March 09, 2023

**Applicant's Tracking Number**: LIFEVAC-CO8

**Copyright Office notes:** Basis for Registration: Registration is based on the artwork in the logo.
Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

LifeVac Official Design

