**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LIFE VAC LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:24-cv-1806 |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | ) Judge Thomas M. Durkin<br>) Magistrate Judge Sunil R. Harjani |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANT**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff LIFE VAC, LLC voluntarily dismisses the following Defendant listed on Schedule A to the Complaint without prejudice:

| No. | Seller Name | Defendant Online Marketplace |
|---|---|---|
| 28 | P2P Deelz | https://www.amazon.com/sp?seller=AOINEY1I0QWHO |

Dated: March 19, 2024

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

By: /s/*Christopher Tom*
Christopher Tom
55 Hudson Yards
New York, NY 10001
ctom@bsfllp.com
(212) 446-2300

*Attorney for Plaintiff LIFE VAC LLC.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of the filing of this document.

                */s/ Christopher Tom*
                Christopher Tom