# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LIFE VAC LLC

V.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT

CASE NUMBER: 1:24-cv-01806

ASSIGNED JUDGE: Thomas M. Durkin

DESIGNATED MAGISTRATE JUDGE: Sunil R. Harjani

TO: (Name and address of Defendant)

All Categories Factory 02 Store and all other Defendants identified in the Complaint

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher Tom
Boies Schiller Flexner LLP
55 Hudson Yards
New York, New York 10001

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

March 12, 2024

_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/4/2024 |
| NAME OF SERVER *(PRINT)* Christopher Tom | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):
On April 1, 2024, I sent an email containing a copy of the Complaint, Summons, Temporary Restraining Order, and Order Extending the Temporary Restraining Order to the email addresses identified for the Defendants on the AliExpress, Amazon, eBay, Enom, NameCheap, Walmart, and Wish platforms that includes a link to the website containing the aforementioned pleadings.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/4/2024
Date

Christopher Tom
*Signature of Server*

Digitally signed by Christopher Tom
Date: 2024.04.04 17:45:07 -04'00'

55 Hudson Yards, New York, NY 10001
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.