# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LIFE VAC LLC,<br><br>  Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>  Defendants. | Case No. 24-cv-01806<br><br>**PROOF OF SERVICE** |

I, Christopher Tom, hereby declare:

I am over the age of eighteen years. My business address is Boies Schiller Flexner LLP, 55 Hudson Yards, New York, NY, 10001. On April 4, 2024, I caused to be served the below listed document in the manner indicated:

| April 4, 2024 | Sent an email containing a copy of the Court's April 3, 2024 Order ("Court Order") scheduling the hearing on Plaintiff's Motion for Preliminary Injunction (Dkt. 26) for April 8, 2024, at 8:45 a.m. CT, to the email addresses identified for the Defendants on the AliExpress, Amazon, eBay, Enom, NameCheap, Walmart, and Wish platforms that includes a link to the website where the Court Order can be downloaded, in accordance with the service methods permitted by the as-entered Temporary Restraining Order. See Dkt. 18, ¶ 8, pg. 7. |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Cranford, New Jersey on April 4, 2024.

  _/s/ Christopher Tom_
  Christopher Tom