IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIFE VAC LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, et al.,<br><br>        Defendants. | Case No. 24-cv-01806<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Sunil R. Harjani** |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff LIFE VAC LLC ("Life Vac") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Life Vac's Motion in part as follows.

This Court finds Life Vac has provided notice to Defendants in accordance with the Temporary Restraining Order ("TRO") entered March 7, 2024 (Docket No. 18), which was extended on March 15, 2024 (Docket No. 21), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Life Vac has provided a basis to

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Life Vac's federally registered copyrights, which are covered by U.S. Copyright Office Registration Nos. VA 2-332-974, VAu 1-489-169, VAu 1-489-170, VA 2-335-339, VA 2-335-352, and VAu 1-495-820, registrations for promotional images of the Life Vac products (the "LIFEVAC Copyrights") and of Life Vac's federally registered trademark, which is covered by U.S. Trademark Registration No. 6,735,265 (the "LIFEVAC Trademark") to residents of Illinois. In this case, Life Vac has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the LIFEVAC Copyrights and LIFEVAC Trademark. *See* Docket Nos. 14-16, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the LIFEVAC Copyrights and infringing the LIFEVAC Trademark.

    This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Life Vac's previously granted Motion for Entry of a TRO establishes that Life Vac has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Life Vac will suffer irreparable harm if the injunction is not granted.

Specifically, Life Vac has proved a *prima facie* case of copyright infringement because (1) Life Vac owns all exclusive rights in the LIFEVAC Copyrights, and (2) Life Vac has shown Defendants have deceived unknowing consumers using the LIFEVAC Copyrights without authorization. Life Vac has also proved a *prima facie* case of trademark infringement because (1) the LIFEVAC Trademark is a distinctive mark and is registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use the LIFEVAC Trademark, and (3) Defendants' use of the LIFEVAC Trademark is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Life Vac. Furthermore, Defendants' continued and unauthorized use of the LIFEVAC Copyrights and Trademark irreparably harms Life Vac through diminished goodwill and brand confidence, damage to Life Vac's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Life Vac has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:
    a. using the LIFE VAC Copyrights and LIFEVAC Trademark or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Life Vac product or not authorized by Life Vac to be sold in connection with the LIFEVAC Copyrights and LIFEVAC Trademark;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Life Vac product or any other product produced by Life Vac, that is not Life Vac's or not produced under the authorization, control, or supervision of Life Vac and approved by Life Vac for sale under the LIFEVAC Copyrights and LIFEVAC Trademark;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Life Vac, or are sponsored by, approved by, or otherwise connected with Life Vac; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Life Vac, nor authorized by Life Vac to be sold or offered for sale, and which bear any of LIFEVAC Copyrights and LIFEVAC Trademark, including the LIFEVAC Copyrights and LIFEVAC Trademark, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Tucows.com, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, DNSPod. Inc, MarkMonitor.inc, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this

4

Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4. Upon Life Vac's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart.com, and DHGate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Life Vac expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

   a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

   b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

   c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial

5

      institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, DHgate.com ("DHgate"), eBay.com ("eBay"), Payoneer, Inc. ("Payoneer"), PingPong Global Solutions, Inc. ("PingPong"), Coinbase Global, Inc. ("Coinbase"), LianLian Global t/as LL Pay U.S., LLC ("LianLian"), AllPay Limited ("AllPay"), Union Mobile Financial Technology Co., Ltd ("Union Mobile"), World First UK Ltd. ("World First"), Paxful, Inc. ("Paxful"), Shopify, Inc. ("Shopify"), Stripe, Inc. ("Stripe"), OFX Group ("OFX"), SellersFundingCorp ("Sellers Funding"), Walmart.com ("Walmart") or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Life Vac's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the LIFEVAC Copyrights and LIFEVAC Trademark.

6. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, DHGate, Payoneer, PingPong, Coinbase, LianLian, AllPay, Union Mobile, World First, Paxful, Shopify, Stripe, OFX, Sellers Funding, and Walmart shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the other Defendants' information provided by Life Vac including but not

        limited to Defendant Domain Names, account IDs, legal name, addresses, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Life Vac may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "All Categories Factory 02 Store and all other Defendants identified on the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Life Vac's Schedule A to the Complaint [Docket No. 4], Exhibit 3 to the Declaration of Michael Plunkett [Docket Nos. 14-16], and the TRO [Docket No. 18] are unsealed.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10. The $150,000 bond posted by Life Vac shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

_Thomas M Durkin_

Honorable THOMAS M. DURKIN
United States District Judge

Dated: April 9, 2024

8

**Schedule A to Preliminary Injunction**

| DOE No. | Seller name | Seller URL |
|---|---|---|
| 1 | All Categories Factory 02 Store | https://www.aliexpress.com/store/1101369657 |
| 2 | Fashionable bags online Store | https://www.aliexpress.com/store/1103322019 |
| 3 | RUISEE BELOVE Store Store | https://www.aliexpress.com/store/1102669668 |
| 4 | SCALE Outdoors Store | https://www.aliexpress.com/store/1101279844 |
| 5 | Shop1103133072 Store | https://www.aliexpress.com/store/1103132083 |
| 6 | Shop1103312315 Store | https://www.aliexpress.com/store/1103319306 |
| 7 | Shop1103320315 Store | https://www.aliexpress.com/store/1103310614 |
| 8 | Sportin Outdoors Store | https://www.aliexpress.com/store/1103322045 |
| 9 | Top Sports Tech Store | https://www.aliexpress.com/store/1102889048 |
| 10 | ⭐⭐⭐⭐⭐Airavac | https://www.amazon.com/sp?seller=A262S7QNTLWHHO |
| 11 | ⭐⭐⭐⭐⭐Marivac | https://www.amazon.com/sp?seller=A3VZTVGFBDIWWV |
| 12 | aiYuanBaiQunShangM | https://www.amazon.com/sp?seller=A2RZ22CC0DYMA6 |
| 13 | Ansenfun | https://www.amazon.com/sp?seller=ASSRXZ6TWA0W8 |
| 14 | ATIMGO STORE | https://www.amazon.com/sp?seller=A3MM76FPCNB8V0 |
| 15 | bfjgchfgtadre | https://www.amazon.com/sp?seller=A3JVCINRKPGV8J |
| 16 | DianeD | https://www.amazon.com/sp?seller=A2BIDMU99ZJ10C |
| 17 | GOWENIO | https://www.amazon.com/sp?seller=A1SKPPMQ866S9J |
| 18 | guodongjie | https://www.amazon.com/sp?seller=A2Z32ZFWR2RP0R |
| 19 | guodongkai | https://www.amazon.com/sp?seller=A2OGJC9PS94W6Q |
| 20 | HAILIANSEN | https://www.amazon.com/sp?seller=A1ZG6ICT0AU5V4 |
| 21 | HUJFHAO US | https://www.amazon.com/sp?seller=A19754YTCISNDX |
| 22 | Jia Cheng Boutique shop | https://www.amazon.com/sp?seller=AWS67PQB6HQUQ |
| 23 | KeMingJiYoNaCiLuoWang | https://www.amazon.com/sp?seller=A2X0UOYZZCY2WH |
| 24 | LiuJunLong168 | https://www.amazon.com/sp?seller=A1ZG6ICT0AU5V4 |
| 25 | Mimi Like | https://www.amazon.com/sp?seller=A2ZU3E2UQKP2RR |

| 26 | Mitensoon US | https://www.amazon.com/sp?seller=A1RK69XFNH5UDK |
| --- | --- | --- |
| 27 | NAIJIAN MALL | https://www.amazon.com/sp?seller=A1VSFHCID09Y1O |
|  |  |  |
| 29 | RichRichRich | https://www.amazon.com/sp?seller=A2OXJHLZ15CTRH |
| 30 | Shangrao Xuemo Network Technology Co., Ltd. | https://www.amazon.com/sp?seller=A1V2Z6O61Z5WYB |
| 31 | sinceredeal | https://www.amazon.com/sp?seller=A1VD4FD87W8MKT |
| 32 | tangyingjiannannvzhuang | https://www.amazon.com/sp?seller=A3WSAJ2G4J5C9 |
| 33 | Taodeshuang | https://www.amazon.com/sp?&seller=AZ6X7Y8CPVHU4 |
| 34 | USAdealer7*24H | https://www.amazon.com/sp?seller=AYER64E5RRK8W |
| 35 | VieFlex | https://www.amazon.com/sp?seller=A2RASR9KMZB7P6 |
| 36 | Wenweiyu trade | https://www.amazon.com/sp?seller=A198RJTHAPY6FB |
| 37 | W-Journey | https://www.amazon.com/sp?seller=AAQKX2KPYVB8C |
| 38 | WuHuShiDaiMinDianZiShangWuYouXianGongSi | https://www.amazon.com/sp?seller=A3EM8B3ACVA2HU |
| 39 | XIANGRUI US | https://www.amazon.com/sp?seller=A2VNIPYOEO4D0E |
| 40 | xxhgf | https://www.amazon.com/sp?seller=AGS2JDBHSMSKM |
| 41 | yiru Zhao | https://www.amazon.com/sp?seller=A2MAOC2MZ7C3P4 |
| 42 | abdulla_202 | https://www.ebay.com/usr/abdulla_202 |
| 43 | ahra-19 | https://www.ebay.com/usr/ahra-19 |
| 44 | altafhuss-37 | https://www.ebay.com/usr/altafhuss-37 |
| 45 | amod57 | https://www.ebay.com/usr/amod57 |
|  |  |  |
| 47 | becikitc | https://www.ebay.com/str/qualityoutlets |
| 48 | bend_da_trend_shoppers | https://www.ebay.com/usr/bend_da_trend_shoppers |
| 49 | besatisfiedshop | https://www.ebay.com/usr/besatisfiedshop |
|  |  |  |
| 51 | buynse86 | https://www.ebay.com/usr/buynse86 |
| 52 | dnrshop | https://www.ebay.com/str/dnrshop |
| 53 | easy-purchase-1 | https://www.ebay.com/usr/easy-purchase-1 |
| 54 | goldenbazar | https://www.ebay.com/usr/goldenbazar |

| 55 | iqtaw_20 | https://www.ebay.com/usr/iqtaw_20 |
|---|---|---|
| 56 | jcc_int84a | https://www.ebay.com/str/jccint84a |
| 57 | jesamar_39 | https://www.ebay.com/usr/jesamar_39 |
| 58 | jinm5068 | https://www.ebay.com/usr/jinm5068 |
| 59 | jusin_39 | https://www.ebay.com/usr/jusin_39 |
| 60 | kg72-94 | https://www.ebay.com/usr/kg72-94 |
| 61 | kha999183 | https://www.ebay.com/usr/kha999183 |
| 62 | marmu3535 | https://www.ebay.com/usr/marmu3535 |
| 63 | massodu_29 | https://www.ebay.com/usr/massodu_29 |
| 64 | mdmaa-72 | https://www.ebay.com/usr/mdmaa-72 |
| 65 | muhammadiq-90 | https://www.ebay.com/usr/muhammadiq-90 |
| 66 | muhammashaf-24 | https://www.ebay.com/usr/muhammashaf-24 |
| 67 | naseer71037 | https://www.ebay.com/usr/naseer71037 |
| 68 | naureenimran123 | https://www.ebay.com/str/skicerstore |
| 69 | nayabcollections | https://www.ebay.com/usr/nayabcollections |
| 70 | offibur-0 | https://www.ebay.com/usr/offibur-0 |
| 71 | pervaisi-0 | https://www.ebay.com/usr/pervaisi-0 |
| 72 | ponzjl0112 | https://www.ebay.com/usr/ponzjl0112 |
| 73 | qameeztor | https://www.ebay.com/usr/qameeztor |
| 75 | raom42 | https://www.ebay.com/usr/raom42 |
| 76 | salab_9747 | https://www.ebay.com/usr/salab_9747 |
| 77 | sekhus93 | https://www.ebay.com/usr/sekhus93 |
| 78 | shahkh_50 | https://www.ebay.com/usr/shahkh_50 |
| 79 | shopping.artist | https://www.ebay.com/str/shoppingartist2024 |
| 80 | skicer | https://www.ebay.com/usr/skicer |
| 81 | sumiicollections | https://www.ebay.com/usr/sumiicollections |
| 82 | supper_store | https://www.ebay.com/usr/supper_store |
| 84 | wo_852932 | https://www.ebay.com/usr/wo_852932 |
| 85 | yusradealz | https://www.ebay.com/usr/yusradealz |
| 86 | yzyuan999 | https://www.ebay.com/str/yzyuan999 |
| 87 | EasyLiving's store | https://www.walmart.com/seller/101308731 |
| 88 | hongtaizhiyuankeji | https://www.walmart.com/seller/101308731 |
| 89 | Joyful Toys | https://www.walmart.com/reviews/seller/101574753 |
| 94 | amazingonshopping.com | http://amazingonshopping.com |
| 98 | btrsolutionshop.com | http://btrsolutionshop.com |

11

| 99 | caldiscountshop.com | http://caldiscountshop.com |
| --- | --- | --- |
| 100 | calvinmart.com | http://calvinmart.com |
| | | |
| 102 | daybydayuser.com | http://daybydayuser.com |
| 103 | daybydayutilites.com | http://daybydayutilites.com |
| | | |
| 105 | discountnuve.store | http://discountnuve.store |
| | | |
| 107 | eliteza.co | http://eliteza.co |
| | | |
| 109 | fancyflair.co | http://fancyflair.co |
| | | |
| 111 | fipper.co | http://fipper.co |
| 112 | flawlessdays.com | http://flawlessdays.com |
| 113 | galasly.com | http://galasly.com |
| 114 | godanstore.com | http://godanstore.com |
| | | |
| 116 | homenoakstore.com | http://homenoakstore.com |
| 117 | homiehive.com | http://homiehive.com |
| | ifoundvarieties.com | |
| 120 | infiniteardon.com | http://infiniteardon.com |
| 121 | justpriceonline.com | http://justpriceonline.com |
| | | |
| 124 | modamuse.co | http://modamuse.co |
| 125 | myferbenbestshop.com | http://myferbenbestshop.com |
| | | |
| 128 | navobyparis.com | http://navobyparis.com |
| | | |
| 130 | pixibay.co | http://pixibay.co |
| 131 | potentialdiscount.com | http://potentialdiscount.com |
| 132 | powerupify.com | http://powerupify.com |
| | | |
| 134 | swapzon.store | http://swapzon.store |
| 135 | tebwi.com | http://tebwi.com |
| 136 | thegiftsky.com | http://thegiftsky.com |
| 137 | theiconicgift.com | http://theiconicgift.com |
| 138 | thevensmith.com | http://thevensmith.com |
| 139 | universalbrandz.co | http://universalbrandz.co |
| | | |
| 142 | venusdiscount.com | http://venusdiscount.com |

|  |  |  |
|---|---|---|
|  |  |  |
| 146 | weaveshop.co | http://weaveshop.co |
|  |  |  |
| 149 | zaraco.co | http://zaraco.co |
| 150 | zinniazen.com | http://zinniazen.com |