**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LIFE VAC LLC,<br><br>                       Plaintiff,<br><br>    v.<br><br>THE INDIVIDUALS, et al.,<br><br>                      Defendants. | Case No. 24-cv-01806<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Sunil R. Harjani** |

**DEFAULT FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Life Vac LLC ("Life Vac") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Life Vac having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Life Vac having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Life Vac has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Life Vac's federally registered copyrights, which are covered by U.S. Copyright Office Registration Nos. VA 2-332-974, VAu 1-489-169, VAu 1-489-170, VA 2-335-339, VA 2-335-352, and VAu 1-495-820, registrations for promotional images of the Life Vac products (the "LIFEVAC Copyrights") and of Life Vac's federally registered trademark (the "LIFEVAC Trademark") to residents of Illinois. In this case, Life Vac has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the LIFEVAC Trademark. *See* Docket Nos. 13-16, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the LIFEVAC Copyrights and the LIFEVAC Trademark.

The LIVEVAC Copyrights are included in the below chart.

| Copyright Reg. No. | Copyright | Registration Date |
|---|---|---|
| VA 2-332-974 | Easy As Place Push Pull Artwork | January 11, 2023 |
| VAu 1-489-169 | Lifevac Device Photos | January 11, 2023 |
| VAu 1-489-170 | Lifevac Device Color Artwork | January 11, 2023 |
| VA 2-335-339 | Lifevac Device Group Photos | January 12, 2023 |
| VA 2-335-352 | Lifevac Device Features Image | January 11, 2023 |
| VAu 1-495-820 | LifeVac Official Design | March 9, 2023 |

The LIFEVAC Trademark is included in the below chart.

| Registration Number | Registered Trademark | International Classes |
|---|---|---|
| 6,735,265 | LIFE VAC | 10 |
|  |  |  |
|  |  |  |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), copyright infringement (17 U.S.C § 101 et seq.), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

Accordingly, this Court orders that Life Vac's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the LIFEVAC Copyrights and LIFEVAC Trademark or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not

       a genuine Life Vac product or not authorized by Life Vac to be sold in connection with the LIFEVAC Copyrights and LIFEVAC Trademark;

  b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Life Vac product or any other product produced by Life Vac, that is not Life Vac's or not produced under the authorization, control, or supervision of Life Vac and approved by Life Vac for sale under the LIFEVAC Copyrights and LIFEVAC Trademark;

  c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Life Vac, or are sponsored by, approved by, or otherwise connected with Life Vac; and

  d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Life Vac, nor authorized by Life Vac to be sold or offered for sale, and which bear any of Life Vac's trademark, including the LIFEVAC Copyrights and LIFEVAC Trademark, or any reproductions, counterfeit copies or colorable imitations.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Tucows.com, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, DNSPod. Inc, MarkMonitor.inc, and Namecheap Inc., within seven (7) calendar days of receipt of this Order, shall, at Life Vac's choosing:

  a. transfer the Defendant Domain Names to Life Vac's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Life

Vac's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Life Vac's selection; or

b. disable the Defendant Domain Names and make them inactive and untransferable.

3. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Wish US Holdings LLC ("Wish"), Enom, NameCheap, Walmart, and DHGate.com ("DHGate") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the LIFEVAC Copyrights and LIFEVAC Trademark; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the LIFEVAC Copyrights and LIFEVAC Trademark or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Life Vac product or not authorized by Life Vac to be sold in connection with the LIFEVAC Copyrights and LIFEVAC Trademark.

4. Upon Life Vac's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of

such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the LIFEVAC Copyrights and LIFEVAC Trademark.

5. Pursuant to 15 U.S.C. § 1117(c)(2), Life Vac is awarded statutory damages from each of the Defaulting Defendants in the amount of $150,000.00 for willful use of counterfeit LIFEVAC Copyrights and LIFEVAC Trademark on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

6. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish, Ant Financial Services Group ("Ant Financial"), DHgate, eBay ("eBay"), Payoneer, Inc. ("Payoneer"), PingPong Global Solutions, Inc. ("PingPong"), Coinbase Global, Inc. ("Coinbase"), LianLian Global t/as LL Pay U.S., LLC ("LianLian"), AllPay Limited ("AllPay"), Union Mobile Financial Technology Co., Ltd ("Union Mobile"), World First UK ltd. ("World First"), Paxful, Inc. ("Paxful"), Shopify, Inc. ("Shopify") Stripe, Inc. ("Stripe"), OFX Group ("OFX"), SellersFundingCorp ("Sellers Funding"), Walmart.com ("Walmart"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 6 above) or other of Defaulting Defendants' assets.

7. All monies (up to the amount of the statutory damages awarded in Paragraph 6 above) currently restrained in Defaulting Defendants' financial accounts, including monies held

by Third Party Providers such as PayPal, Alipay, Alibaba, Wish, Ant Financial, DHGate, Payoneer, Pingpong, Coinbase, LianLian, AllPay, Union Mobile, World First, Paxful, Shopify, Stripe, OFX, Sellers Funding, Walmart, and Amazon Pay, are hereby released to Life Vac as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Wish, Ant Financial, DHGate, Payoneer, Pingpong, Coinbase, LianLian, AllPay, Union Mobile, World First, Paxful, Shopify, Stripe, OFX, Sellers Funding, Walmart, and Amazon Pay, are ordered to release to Life Vac the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

8. Until Life Vac has recovered full payment of monies owed to it by any Defaulting Defendant, Life Vac shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

9. In the event that Life Vac identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Life Vac may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by any e-mail addresses provided for Defaulting Defendants by third parties.

10. The 150,000 dollar ($150,000) cash bond posted by Life Vac is hereby released to Life Vac or its counsel, Boies Schiller Flexner LLP. The Clerk of the Court is directed to return the cash bond previously deposited with the Clerk of the Court to Life Vac or its counsel.

This is a Default Judgment.

Dated: June 13, 2024

*Thomas M Durkin*
THOMAS M. DURKIN
United States District Judge

7

**First Amended Schedule A**

| DOE No. | Defendant | Defendant Online Marketplace |
|---|---|---|
| 1 | All Categories Factory 02 Store | https://www.aliexpress.com/store/1101369657 |
| 2 | Fashionable bags online Store | https://www.aliexpress.com/store/1103322019 |
| 3 | RUISEE BELOVE Store Store | https://www.aliexpress.com/store/1102669668 |
| 4 | SCALE Outdoors Store | https://www.aliexpress.com/store/1101279844 |
| 5 | Shop1103133072 Store | https://www.aliexpress.com/store/1103132083 |
| 6 | Shop1103312315 Store | https://www.aliexpress.com/store/1103319306 |
| 7 | Shop1103320315 Store | https://www.aliexpress.com/store/1103310614 |
| 8 | Sportin Outdoors Store | https://www.aliexpress.com/store/1103322045 |
| 9 | Top Sports Tech Store | https://www.aliexpress.com/store/1102889048 |
| 10 | ★★★★★Airavac | https://www.amazon.com/sp?seller=A262S7QNTLWHHO |
| 11 | ★★★★★Marivac | https://www.amazon.com/sp?seller=A3VZTVGFBDIWWV |
| 12 | aiYuanBaiQunShangM | https://www.amazon.com/sp?seller=A2RZ22CC0DYMA6 |
| 13 | Ansenfun | https://www.amazon.com/sp?seller=ASSRXZ6TWA0W8 |
| 14 | ███████ | https://www.amazon.com/sp?seller=A3MM76FPCNB8V0 |
| 15 | bfjgchfgtadre | https://www.amazon.com/sp?seller=A3JVCINRKPGV8J |
| 16 | DianeD | https://www.amazon.com/sp?seller=A2BIDMU99ZJ10C |
| 17 | GOWENIO | https://www.amazon.com/sp?seller=A1SKPPMQ866S9J |
| 18 | guodongjie | https://www.amazon.com/sp?seller=A2Z32ZFWR2RP0R |
| 19 | guodongkai | https://www.amazon.com/sp?seller=A2OGJC9PS94W6Q |
| 20 | HAILIANSEN | https://www.amazon.com/sp?seller=A1ZG6ICT0AU5V4 |
| 21 | HUJFHAO US | https://www.amazon.com/sp?seller=A19754YTCISNDX |
| 22 | Jia Cheng Boutique shop | https://www.amazon.com/sp?seller=AWS67PQB6HQUQ |
| 23 | KeMingJiYoNaCiLuoWang | https://www.amazon.com/sp?seller=A2X0UOYZZCY2WH |
| 24 | LiuJunLong168 | https://www.amazon.com/sp?seller=A1ZG6ICT0AU5V4 |

| | | |
|---|---|---|
| 25 | Mimi Like | https://www.amazon.com/sp?seller=A2ZU3E2UQKP2RR |
| 26 | Mitensoon US | https://www.amazon.com/sp?seller=A1RK69XFNH5UDK |
| 27 | NAIJIAN MALL | https://www.amazon.com/sp?seller=A1VSFHCID09Y1O |
| | ■ | |
| 29 | RichRichRich | https://www.amazon.com/sp?seller=A2OXJHLZ15CTRH |
| 30 | Shangrao Xuemo Network Technology Co., Ltd. | https://www.amazon.com/sp?seller=A1V2Z6O61Z5WYB |
| 31 | sinceredeal | https://www.amazon.com/sp?seller=A1VD4FD87W8MKT |
| 32 | tangyingjiannannvzhuang | https://www.amazon.com/sp?seller=A3WSAJ2G4J5C9 |
| | | https://www.amazon.com/sp?&seller=AZ6X7Y8CPVHU4 |
| 34 | USAdealer7*24H | https://www.amazon.com/sp?seller=AYER64E5RRK8W |
| 35 | VieFlex | https://www.amazon.com/sp?seller=A2RASR9KMZB7P6 |
| 36 | Wenweiyu trade | https://www.amazon.com/sp?seller=A198RJTHAPY6FB |
| | | https://www.amazon.com/sp?seller=AAQKX2KPYVB8C |
| 38 | WuHuShiDaiMinDianZiShangWuYouXianGongSi | https://www.amazon.com/sp?seller=A3EM8B3ACVA2HU |
| 39 | XIANGRUI US | https://www.amazon.com/sp?seller=A2VNIPYOEO4D0E |
| 40 | xxhgf | https://www.amazon.com/sp?seller=AGS2JDBHSMSKM |
| 41 | yiru Zhao | https://www.amazon.com/sp?seller=A2MAOC2MZ7C3P4 |
| 42 | abdulla_202 | https://www.ebay.com/usr/abdulla_202 |
| 43 | ahra-19 | https://www.ebay.com/usr/ahra-19 |
| 44 | altafhuss-37 | https://www.ebay.com/usr/altafhuss-37 |
| 45 | amod57 | https://www.ebay.com/usr/amod57 |
| | | https://www.ebay.com/usr/babayagastore |
| 47 | becikitc | https://www.ebay.com/str/qualityoutlets |
| 48 | bend_da_trend_shoppers | https://www.ebay.com/usr/bend_da_trend_shoppers |
| | | |
| | | https://www.ebay.com/usr/buynse86 |
| 52 | dnrshop | https://www.ebay.com/str/dnrshop |

9

| 53 | easy-purchase-1 | https://www.ebay.com/usr/easy-purchase-1 |
|---|---|---|
| 54 | goldenbazar | https://www.ebay.com/usr/goldenbazar |
| 55 | iqtaw_20 | https://www.ebay.com/usr/iqtaw_20 |
| 56 | jcc_int84a | https://www.ebay.com/str/jccint84a |
| 57 | jesamar_39 | https://www.ebay.com/usr/jesamar_39 |
| 58 | jinm5068 | https://www.ebay.com/usr/jinm5068 |
| 59 | jusin_39 | https://www.ebay.com/usr/jusin_39 |
| 60 | kg72-94 | https://www.ebay.com/usr/kg72-94 |
| 61 | kha999183 | https://www.ebay.com/usr/kha999183 |
| 62 | marmu3535 | https://www.ebay.com/usr/marmu3535 |
| 63 | massodu_29 | https://www.ebay.com/usr/massodu_29 |
| 64 | mdmaa-72 | https://www.ebay.com/usr/mdmaa-72 |
| 65 | muhammadiq-90 | https://www.ebay.com/usr/muhammadiq-90 |
| 66 | muhammashaf-24 | https://www.ebay.com/usr/muhammashaf-24 |
| 67 | naseer71037 | https://www.ebay.com/usr/naseer71037 |
| 68 | naureenimran123 | https://www.ebay.com/str/skicerstore |
| 69 | nayabcollections | https://www.ebay.com/usr/nayabcollections |
| 70 | offibur-0 | https://www.ebay.com/usr/offibur-0 |
| 71 | pervaisi-0 | https://www.ebay.com/usr/pervaisi-0 |
| 72 | ponzjl0112 | https://www.ebay.com/usr/ponzjl0112 |
| 73 | qameeztor | https://www.ebay.com/usr/qameeztor |
| 75 | raom42 | https://www.ebay.com/usr/raom42 |
| 76 | salab_9747 | https://www.ebay.com/usr/salab_9747 |
| 77 | sekhus93 | https://www.ebay.com/usr/sekhus93 |
| 78 | shahkh_50 | https://www.ebay.com/usr/shahkh_50 |
| 79 | shopping.artist | https://www.ebay.com/str/shoppingartist2024 |
| 80 | skicer | https://www.ebay.com/usr/skicer |
| 81 | sumiicollections | https://www.ebay.com/usr/sumiicollections |
| 82 | supper_store | https://www.ebay.com/usr/supper_store |
| 84 | wo_852932 | https://www.ebay.com/usr/wo_852932 |
| 85 | yusradealz | https://www.ebay.com/usr/yusradealz |
| 86 | yzyuan999 | https://www.ebay.com/str/yzyuan999 |
| 87 | EasyLiving's store | https://www.walmart.com/seller/101308731 |
| 88 | hongtaizhiyuankeji | https://www.walmart.com/seller/101308731 |
| 89 | Joyful Toys | https://www.walmart.com/reviews/seller/101574753 |

| | | |
|---|---|---|
| 98 | btrsolutionshop.com | http://btrsolutionshop.com |
| 99 | caldiscountshop.com | http://caldiscountshop.com |
| 102 | daybydayuser.com | http://daybydayuser.com |
| 103 | daybydayutilites.com | http://daybydayutilites.com |
| 105 | discountnuve.store | http://discountnuve.store |
| 112 | flawlessdays.com | http://flawlessdays.com |
| | | http://galasly.com |
| 114 | godanstore.com | http://godanstore.com |
| 116 | homenoakstore.com | http://homenoakstore.com |
| 117 | homiehive.com | http://homiehive.com |
| 120 | infiniteardon.com | http://infiniteardon.com |
| 121 | justpriceonline.com | http://justpriceonline.com |
| 125 | myferbenbestshop.com | http://myferbenbestshop.com |
| 128 | navobyparis.com | http://navobyparis.com |
| 131 | potentialdiscount.com | http://potentialdiscount.com |
| 132 | powerupify.com | http://powerupify.com |
| 134 | swapzon.store | http://swapzon.store |
| 135 | tebwi.com | http://tebwi.com |
| 138 | thevensmith.com | http://thevensmith.com |

| | | |
|---|---|---|
| 150 | zinniazen.com | http://zinniazen.com |